IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Recall Marketing LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>The Home Depot, Inc.,<br><br>　　　　Defendant. | CASE NO. 2:18-cv-00180-JRG-RSP |

### **ORDER**

Before the Court is the Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) by Defendant The Home Depot, Inc. and Plaintiff Recall Marketing LLC.

In light of the stipulation, IT IS ORDERED that all claims brought by Plaintiff Recall Marketing LLC against Defendant The Home Depot, Inc. in this case are dismissed with prejudice and that Plaintiff and Defendant bear their own costs, expenses, and attorneys' fees.

**SIGNED this 11th day of September, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE